HENRY SHAPIRO and Another, Respondents, v. THE 1450 BROADWAY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ., concur.

In the Matter of the Application of JACOB I. ROBIN for Judgment Pursuant to an Arbitration between JACOB I. ROBIN and TODD ELECTRIC Co., INC.— Order reversed, with ten dollars costs and disbursements, the motion denied, with ten dollars costs, and judgment vacated, upon the ground that this was a common-law and not a statutory arbitration, and a judgment cannot, therefore, be obtained by motion. Present—Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

EIGHTY-FIVE RIVERSIDE DRIVE CORPORATION, Respondent, v. FREDERICK HAMBROCK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within twenty days from service of order upon payment of said costs. In the event that amended answer be served, judgment vacated; if amended answer be not served, judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY I. JACOBS, Respondent, v. CORN EXCHANGE BANK, Appellant, and HANOVER NATIONAL BANK OF THE CITY OF NEW YORK and Another, Appellants, and UNITED STATES FIDELITY AND GUARANTY COMPANY and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IDA J. GOUDY, Appellant, v. FRANK C. CLARK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MILL FACTORS CORPORATION, Plaintiff, v. MOSES ASCHER and Others, Defendants, Respondents, Impleaded with MORRIS J. FRANK, Defendant, Appellant, and UNITED PIECE DYE WORKS, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the appellant if so advised to reply to cross-claim contained in the amended answer of the defendants, respondents, within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.